UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 98-2901-CIV-UNGARO-BENAGES

DIANA J. BRYAN,
    Plaintiff,

vs.

HOOTERS OF BAYSIDE, INC.,
    Defendant.
_____/



## FINAL JUDGMENT

Pursuant to Fed.R.Civ.P. 54 and the Court's Order Granting Defendant's Motion for Summary Judgment, it is hereby

ORDERED AND ADJUDGED that Final Judgment is entered in favor of Defendant Hooters of Bayside, Inc. as to all counts of the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record